Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser, Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, Boards of Trustees
of the Sheet Metal Workers Pension Trust of
Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN GUIDI, individually and doing business as CRANE HEATING & AIR CONDITIONING; <br><br> CRANE AIR CONDITIONING, INC., a California corporation. <br><br> Defendants. | Case No. <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the participants in Plaintiffs' Trust Funds, who are too numerous to list but are or may be entitled to pension and/or welfare benefits from those Funds, are interested persons who could have a financial interest in the subject matter in controversy.

Dated: August 24, 2017                     SALTZMAN & JOHNSON
                                           LAW CORPORATION

                                           By:  _____/S/_____
                                                Matthew P. Minser
                                                Attorneys for Plaintiffs

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**
**Case No.**                                                              P:\CLIENTS\SHECL\Crane Heating 3\Pleadings\certification of interested entities.docx