Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser Esq. (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: mminser@sjlawcorp.com

Attorneys for Plaintiffs, Boards of Trustees
of the Sheet Metal Workers Pension Trust of
Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN GUIDI, individually and doing business as CRANE HEATING & AIR CONDITIONING; <br><br> CRANE AIR CONDITIONING, INC., a California corporation. <br><br> Defendants. | Case No.:  C17-4936 JSW <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

    1.    I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    2.    I am over the age of eighteen and not a party to this action.

    3.    On **February 6, 2018,** I served the following document(s):

**Order Granting Plaintiffs' Request to Continue Case Management Conference (Dkt. #21)**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed

envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

    4.    The envelope(s) were addressed and mailed as follows:

MARTIN GUIDI, individually
and dba CRANE HEATING & AIR CONDITIONING
3280 Hudson Ave.
Walnut Creek, CA 94597

CRANE AIR CONDITIONING, INC.
566 West 10th Street
Pittsburg, CA 94565

CRANE AIR CONDITIONING, INC.
P. O. Box 1069
Pittsburg, CA 94565

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **February 6, 2018**, at San Francisco, California.

/S/
Alicia Skwarnicki
Paralegal