UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARTIN GUIDI, et al., <br><br> Defendants. | Case No. 17-cv-04936-JSW (JCS) <br><br> **ORDER TO SHOW CAUSE** |

The Court has referred to the undersigned magistrate judge Plaintiffs' motion seeking an order to show cause in connection with Defendant's failure to appear at a debtor's exam on March 6, 2020. Plaintiffs further requests that the Court award post-judgment attorneys' fees and costs incurred by Plaintiffs in this matter in connection with the debtor's examination, in the amount of $13,891.32. The undersigned has reviewed the Motion and supporting declaration and finds that there is good cause to issue an order to show cause. Accordingly, Defendant is ORDERED TO SHOW CAUSE why he should not be held in civil contempt and required to pay the attorneys' fees and costs associated with his failure to appear at the March 6, 2020 debtor's examination. Defendant shall file a response to this motion no later than **August 6, 2021. A show cause hearing shall be held via Zoom (id. 161 926 0804, password 050855) on September 24, 2021 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: July 2, 2021

JOSEPH C. SPERO
Chief Magistrate Judge